STATE OF MAINE                          SUPERIOR COURT
KENNEBEC, SS.                           CIVIL ACTION
                                        DOCKET NO. AP O

REC'D & FILED
Nancy A. Desjardin
DEC -5 2000
Clerk of Courts
Kennebec County

ELISABETH H. BISPHAM LONG            )
              Appall
       VS.                           )        MOTION TO DISMISS

HARRISON A. BISPHAM III              )
              Appellant

Now comes Plaintiff/Elizabeth H. Bispham Long, by and through counsel, and moves this
Honorable Court to dismiss Defendant/Appellant's appeal currently pending in this matter. This
Motion is based on the following:

1.      Harrison A. Bispham, III, in pro se, filed a Notice of Appeal on September 20,
1999.

2.      On June 15, 2000, notice was sent that Defendant/Appellant's brief be filed by July
24, 2000.

3.      On August 1, 2000, Defendant/Appellant was granted an extension of time to
September 22, 200, in which to file his brief.

4.      On October 5, 2000, Defendant/Appellant was granted a "final extension" to
October 16, 2000.

5.      On October 19, 2000, Defendant/Appellant was denied another request to extend
the time in which to file his brief.

6.      Defendant/Appellant has failed to file his brief.

WHEREFORE, Plaintiff/Appellee prays that this Honorable Court dismiss Defendant/Appellant's
appeal for want of prosecution and further prays for attorney's fees for the bringing of this
Motion.

## NOTICE

Pursuant to Rule 7(b)(1) of the Maine Rules of Civil Procedure, any opposition to this motion
must be filed not later than 21 days after the filing of the motion, unless another time is provided
by the Maine Rules of Civil Procedure or otherwise set by the Court. Failure to file timely

opposition will be deemed a waiver of all objections to the motion and the motion may be granted without further notice or hearing.

Dated: December 4, 2000

_____
Paul Sumberg, Esquire
Attorney for Plaintiff/Appellee
Wright & Mills, P.A.
P.O. Box 9
Skowhegan, ME 04976
(207) 474-3324
Bar No. 7230

December 6, 2000

Motion granted; appeal denied. Despite several extensions, as of this date the appellant has filed no brief and the matter is to be dismissed

_____ for want of prosecution. M.R.Ci.P. 76 D
Justice, Superior Court   Remanded to the District Court.

Date Filed ___6/14/00___ ___Kennebec___ Docket No. ___AP00-40___
County

Action ___Appeal from District Court___
Divorce

# J. ATWOOD

Walter T. Ollen, Jr., Esq. (GAL)
P.O. Box 150
Topsham, Maine 04086

DEC 11 2000

Elisabeth H. Bispham          vs.    Harrison A. Bispham, III

| Plaintiff's Attorney | Defendant's Attorney |
|---|---|
| Paul Sumberg, Esq.<br>218 Water Street<br>P.O. Box 9<br>Skowhegan, Maine 04976 | Harrison A. Bispham, III Pro Se<br>41 Birch Circle<br>Augusta, Maine 04330 |

| Date of Entry | |
|---|---|
| 6/14/00 | Appeal from Southern District Court with all papers, filed.<br>**(EXHIBITS AND TRANSCRIPTS IN VAULT)** |
| 6/15/00 | Notice of briefing schedule mailed to attys and Dft. |
| 07-24-00 | Motion for Enlargement of Time for Due Date of Appellant's Brief, filed. s/H. Bispham, Defendant. |
| 7/26/00 | Memorandum in Opposition to Defendant's Motion for Enlargement of Time for Due Date of Appellant's Brief dated July 20, 2000, filed. s/Sumberg, Esq. |
| 7/28/00 | Motion to Dismiss: Appellee Memorandum on Opposition and Amendment: Appellant Motion for Enlargement of Time, filed. s/Bispham, Pro Se<br>Certificate of Service, filed. s/Bispsham, Pro Se |
| 7/31/00 | Revised Motion to Dismiss: Appellee Memorandum in Opposition and Amendment to Motion for Enlargement of Time, filed. s/Bispham, Pro Se. |
| 8/3/00 | MOTION FOR ENLARGEMENT OF TIME, Atwood, J.<br>Motion Granted; Appellant's brief is due September 22, 2000; Appellee's brief is due thereafter as the rules require.<br>Copies mailed to atty and Dft.<br><br>MOTION TO DISMISS, Atwood, J.<br>Except as to order entered this date extending the time for appellant to file his brief, this motion is DENIED.<br>Copies mailed to atty and Dft.<br><br>REVISED MOTION TO DISMISS, Atwood, J.<br>Except as to order entered this date extending the time for appellant to file his brief, this motion is DENIED.<br>Copies mailed to atty and Dft. |
| 9/22/00 | Motions for Clarifications, filed. s/Bispham, Pro Se<br>Certificate of Service, filed. s/Bisphan, Pro Se |